LEATHERWOOD *v.* LOUISVILLE AND NASHVILLE RAILROAD COMPANY.

HILL, J. Under the pleadings and evidence in this case, the grant of a nonsuit was proper.

*Judgment affirmed. All the Justices concur, except Beck, J., absent.*
NOVEMBER 12, 1915.

Action for damages. Before Judge Patterson. Fannin superior court. October 20, 1914.

*J. Z. Foster*, for plaintiff, *D. W. Blair*, *William Butt*, and *Tye, Peeples & Jordan*, for defendant.